Entered on Docket June 5, 2023

**Below is the Judgment of the Court**



Timothy W. Dore
U.S. Bankruptcy Court Judge
(Dated as of Entered on Docket date above)

___

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 21-10818-TWD |
| LAYRON O. LONG | Chapter 11 |
| Debtor. | Judge Timothy W. Dore |
| LAYRON O. LONG, | Adv. Proc. No. 22-01001-TWD |
| Plaintiff, | **JUDGMENT** |
| v. | |
| UNITED STATES OF AMERICA; OREGON DEPT. OF REVENUE | |
| Defendants. | |

In accordance with the settlement and between Dr. Layron O. Long and the United States, the Court orders as follows:

Judgment is entered in favor of the United States and against Dr. Layron Long, for the 2016 and 2017 individual income tax years, int the total amount of $389,427.31

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

as of February 28, 2023, with interest and other statutory additions accruing thereafter in accordance with law.

  ///End of Order///

Presented by:

DAVID E. HUBBERT
Deputy Assistant Attorney General

/s/ Dylan Cerling
DYLAN C. CERLING
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-616-3395 (v) (Dylan Cerling)
202-307-0054 (f)
*Attorneys for the United States of America*

KEITH KARNES
2701 12th St., SE
Salem, OR 97302
keith@rankkarneslaw.com
*Attorney for Dr. Layron O. Long*

**RANK & KARNES**

Judgment
(Case No. 15-41753-PBS)

2

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395